1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAM HOANG HA, an Individual; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:15-cv-03721-RS<br><br>[~~PROPOSED~~] **ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF ADOBE SYSTEMS INCORPORATED'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT LAM HOANG HA**<br><br>**Cont. Hearing Date**: February 4, 2016<br>**Time**:　　　　　1:30 P.M.<br>**Location**:　Courtroom 3 - 17th Floor<br>　　　　　450 Golden Gate Ave.<br>　　　　　San Francisco, CA 94102<br><br>**Honorable Judge Richard Seeborg** |

### [~~PROPOSED~~] ORDER

　　IT IS HEREBY ORDERED that the stipulation jointly submitted by the parties to modify the briefing schedule on Plaintiff Adobe Systems Incorporated's Motion for Entry of Default Judgment by Court against Defendant Lam Hoang Ha is GRANTED.  The hearing on Plaintiff's

1 | Motion has been continued from Thursday, January 21, 2016 to Thursday, February 4, 2016.
2 | The briefing schedule on Plaintiff's Motion is modified as follows:
3 |     1. Defendant's Opposition, if any, shall be filed and served on or before January 14,
4 |        2016; and
5 |     2. Plaintiff's Reply, if any, shall be filed and served on or before January 21, 2016.

      IT IS SO ORDERED this <u>4th</u> day of <u>January</u>, ~~2015~~ 2016.

_____
HON. RICHARD SEEBORG
United States District Judge
Northern District of California
San Francisco Courthouse

- 2 -
**[PROPOSED] ORDER - CASE NO.: 3:15-cv-03721-RS**