1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAM HOANG HA, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:15-cv-03721-RS<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFF ADOBE SYSTEMS INCORPORATED'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT LAM HOANG HA AND MODIFYING BRIEFING SCHEDULE<br><br>[~~Proposed~~] **Hearing Date**: Feb. 18, 2016<br>**Time**:            1:30 P.M.<br>**Location**:   Courtroom 3 - 17th Floor<br>                   450 Golden Gate Ave.<br>                   San Francisco, CA 94102<br><br>**Honorable Judge Richard Seeborg** |

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Civil L.R. 6-2(a) stipulation jointly submitted by the Parties to continue the hearing date on Plaintiff Adobe Systems Incorporated's Motion for Entry of Default Judgment by Court against Defendant Lam Hoang Ha and to modify the briefing schedule in relation thereto is GRANTED. The Court ORDERS as follows:

1. The hearing on Plaintiff Motion for Entry of Default Judgment by Court against Defendant is hereby continued from Thursday, February 4, 2016 to Thursday, February 18, 2016 at 1:30 P.M.;

2. Defendant's Opposition, if any, shall be filed and served on or before January 28, 2016; and

3. Plaintiff's Reply, if any, shall be filed and served on or before February 4, 2016.

IT IS SO ORDERED this __14th__ day of __January__, 2016.

_____
HON. RICHARD SEEBORG
United States District Judge
Northern District of California
San Francisco Courthouse