IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>             Plaintiffs,<br>     v.<br><br>Lam Hoang Ha,<br><br>             Defendants._____/ | No. C 15-03721 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 29, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 3, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Date: 2/1/16

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE